FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY -1 A 11: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WAYNE M. ROUSSEAU** | * | **CIVIL ACTION** |
| | * | **NO. 02-0208** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| | | **JUDGE SARAH S. VANCE** |
| **3 EAGLES AVIATION, INC.** | * | |
| | | **MAGISTRATE DIVISION 5** |
| *   *   *   *   *   *   *   * | | **MAGISTRATE ALMA L. CHASEZ** |

### GARNISHMENT INTERROGATORIES

To: Metairie Bank & Trust
Through its Agent for Service of Process
Dawn Vix
3344 Metairie Road
Metairie, Louisiana 70001

NOW INTO COURT, through undersigned counsel, comes 3 Eagles Aviation, Inc. ("3 Eagles), judgment creditor in the above- captioned matter, who pursuant to Articles 2411 through 2417 of the Louisiana Code of Civil Procedure incorporated by Fed. R. Civ. P. 69(a), hereby propounds the following Interrogatories concerning the judgment debtor, Wayne M. Rousseau, to

NO 99326756 2



be answered by garnishee, Metairie Bank & Trust, within fifteen (15) days of the date of service, in accordance with the following instructions:

## 1. DEFINITIONS

The following definitions shall apply to the following terms found in these Interrogatories. Read these definitions carefully prior to answering.

1. "Metairie Bank," "you" and "your" shall mean Metairie Bank & Trust, and any of its branch offices, divisions, departments, agents, employees, officers, directors, and representatives.

2. "Judgment Debtor" shall mean Wayne M. Rousseau, Social Security Number 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.

## II. PRIVILEGE

Should you refuse to respond to any Interrogatory on the grounds of privilege, whether attorney/client or otherwise, please provide the following information:

1. The reason for assertion of privilege, work product, or other grounds for non-disclosure.

2. A statement of the basis for the claim of privilege, work product or other grounds for non-disclosure; and

3. A description of any document responsive to the answer, including in said description the name and job title of the author, the name and job title of any person who received a copy of and/or who reviewed the document, the date of the document, its subject matter and the name, identity and job title of its current custodian.

## INTERROGATORIES

**INTERROGATORY NO. 1.:**

Do you have under your possession or control any property including, but not limited to, any checking or savings accounts owned by Judgment Debtor or held on behalf of the Judgment Debtor and/or any other type of cash, cash funds, certificates of deposit, debit/ATM cards, safety deposit boxes, or any other type of funds or accounts held at Metairie Bank & Trust?

**INTERROGATORY NO. 2.:**

If you answer to Interrogatory No. 1 is in the affirmative, please state the type of the account responsive to Interrogatory No. 1, including but not limited to, an identification of the account number(s), if any, and the amount(s) held therein.

**INTERROGATORY NO. 3.:**

Do you owe Judgment Debtor any sum whatsoever, directly or indirectly, conditionally or unconditionally, either on your behalf or together with other parties?

**INTERROGATORY NO. 4.:**

If your answer to Interrogatory No. 3 is in the affirmative, please state the nature of your debt(s) to the Judgment Debtor, including the date(s) on which such debt is due and the amount of your debt(s) to Judgment Debtor.

**INTERROGATORY NO. 5.:**

Have there been any prior claims or garnishments served or levied upon you that may affect property possessed or controlled by you but owned by Judgment Debtor?

**INTERROGATORY NO. 6.:**

If your answer to Interrogatory No. 5 is in the affirmative, please state the date of service on you of each claim or garnishment, the title and number of the suit, if any, the amount then due and the balance remaining due.

**INTERROGATORY NO. 7.:**

Does the Judgment Debtor owe you any money?

**INTERROGATORY NO. 8.:**

If your answer to Interrogatory No. 7 is in the affirmative, please state:

a. the date the debt was incurred;

b. the amount of the debt;

c. the payments made to date;

d. the balance due now;

e. the manner in which the debt is being liquidated; and

f. any other pertinent facts.

**INTERROGATORY NO. 8.:**

Does Metairie Bank & Trust currently hold any collateral to secure a loan or any other type of credit facility made by or on behalf of the Judgment Debtor ?

**INTERROGATORY NO. 9.:**

If your answer to Interrogatory No. 8 is in the affirmative, please state the nature of the collateral, the nature of the loan or credit facility collateralized by the property held, the account number of the loan or credit facility, and the value of said collateral.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: _/s/ Katherine M. Determan_

Brent B. Barriere, T.A. (Bar No. 2818)
Katherine Miller Determan ( Bar. No. 25381)
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR JUDGMENT CREDITOR
3 EAGLES AVIATION, INC.**

**PLEASE SERVE:**

Metairie Bank & Trust
Through Its Registered Agent for Service Process
Dawn Vix
3344 Metairie Road
Metairie, Louisiana 70001

NO 99326756 2