CL

FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA

EASTERN DISTRICT OF LOUISIANA 2003 MAY 30  PM 4: 46

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| | * | NO. 02-0208 |
| VERSUS | * | |
| | * | SECTION "R" |
| | | JUDGE SARAH S. VANCE |
| 3 EAGLES AVIATION, INC. | * | |
| | | MAGISTRATE DIVISION 5 |
| * * * * * * * * | | MAGISTRATE ALMA L. CHASEZ |

## 3 EAGLES AVIATION, INC.'S PETITION FOR GARNISHMENT
## PURSUANT TO FED. R. CIV. P. 69(a)

NOW INTO COURT, through undersigned counsel, comes 3 Eagles Aviation, Inc.

("3Eagles"), who respectfully represents:

I.

On October 15, 2002 the court for the Eastern District of Louisiana entered judgment in the

proceeding styled *Wayne M. Rousseau v. 3 Eagles Aviation, Inc.*, in favor of 3 Eagles Aviation, Inc.,

and against Wayne M. Rousseau, judgment debtor in the amount of $1,341,462.14 plus interest from

June 25, 2002 at the rate of $556.44 per diem.

II.

3 Eagles has obtained from the clerk of court a writ of fieri facias ordering the United States

marshal for the United States District Court for the Eastern District of Louisiana to seize and take

into possession the property, rights and credits of Wayne M. Rousseau, and to obtain, in the manner

prescribed by law, in an amount sufficient to pay and satisfy the writ, namely $1,341,462.14 plus

interest from June 25, 2002 at the rate of $556.44 per diem. along with legal interest.

NO 99372406 1

DATE OF ENTRY
JUN - 5 2003

III.

3 Eagles has reason to believe that Citigroup Global Markets, Inc. formerly known as Salomon Smith Barney, Inc. has under its control, property of Wayne M. Rousseau, judgment debtor, including more specifically, but without limitation, stock holdings and/or securities of Wayne M. Rousseau, judgment debtor, and that is should be cited as garnishee and ordered to answer the annexed interrogatories, according to Louisiana law, which is incorporated by Fed. R. Civ. P. 69(a).

WHEREFORE, 3 Eagles prays that:

1.     Citigroup Global Markets, Inc. formerly known as Salomon Smith Barney, Inc. be made garnishee, be served with a notice of seizure and copies of this petition, and be ordered to answer the attached interrogatories within 15 days, under oath and in writing, as provided by law.

2.     After due proceedings, Citigroup Global Markets, Inc. formerly known as Salomon Smith Barney, Inc. be ordered to immediately deliver to the United State Marshal any property the garnishee has in its possession belonging to the judgment debtor, or to pay the United State Marshal any indebtedness of the judgment debtor to the garnishee when the indebtedness comes due, up to the amount of the writ and any costs.

NO 99372406 1

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: _____

Brent B. Barriere, T.A. (Bar No. 2818)
Katherine Miller Determan ( Bar. No. 25381)
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130 or 9007

**ATTORNEYS FOR JUDGMENT CREDITOR
3 EAGLES AVIATION, INC.**

**U.S. Marshal to Serve:**
Citigroup Global Markets, Inc.
formerly known as Salomon Smith Barney, Inc
Through its Agent for Service of Process
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

NO 99372406 1

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WAYNE M. ROUSSEAU** | * | **CIVIL ACTION** |
| | * | **NO. 02-0208** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| | | **JUDGE SARAH S. VANCE** |
| **3 EAGLES AVIATION, INC.** | * | |
| | | **MAGISTRATE DIVISION 5** |
| *    *    *    *    *    *    *    * | | **MAGISTRATE ALMA L. CHASEZ** |

## ORDER

Considering the foregoing petition for garnishment filed by 3 Eagles,

IT IS ORDERED that Citigroup Global Markets, Inc. formerly known as Salomon Smith

Barney, Inc. be made garnishee and answer the accompanying interrogatories under oath, in writing,

within 15 days of service, as the law directs.

Dated: New Orleans, Louisiana, this ⁵ᵗ day of June, 2003.

_____
UNITED STATES DISTRICT JUDGE

**U.S. Marshal to Serve:**
Citigroup Global Markets, Inc. formerly known as
Salomon Smith Barney, Inc.
Through Its Agent for Service of Process
CT Corporation Systems
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

NO 99360351 1