

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN -9 PM 4: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WAYNE M. ROUSSEAU** | * | **CIVIL ACTION** |
| | * | **NO. 02-0208** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| | | **JUDGE SARAH S. VANCE** |
| **3 EAGLES AVIATION, INC.** | * | |
| | | **MAGISTRATE DIVISION 5** |
| * * * * * * * * | | **MAGISTRATE ALMA L. CHASEZ** |

## MOTION FOR ORDER TO TURN OVER FUNDS SEIZED

NOW INTO COURT, through undersigned counsel, comes 3 Eagles Aviation, Inc. ("3 Eagles"), who respectfully represents:

I.

On October 15, 2002 the court for the Eastern District of Louisiana entered judgment in the proceeding styled *Wayne M. Rousseau v. 3 Eagles Aviation, Inc.*, in favor of 3 Eagles Aviation, Inc., and against Wayne M. Rousseau, judgment debtor, in the amount of $1,341,462.14 plus interest from June 25, 2002 at the rate of $556.44 per diem.

NO 99374034 1

DATE OF ENTRY
JUN 1 6 2003

II.

3 Eagles obtained from the clerk of court a writ of fieri facias ordering the United States Marshal for the United States District Court for the Eastern District of Louisiana to seize and take into possession the property, rights and credits of Wayne M. Rousseau, ("Mr. Rousseau") and to obtain, in the manner prescribed by law, an amount sufficient to pay and satisfy the writ, namely $1,341,462.14 plus interest from June 25, 2002 at the rate of $556.44 per diem along with legal interest.

III.

3 Eagles avers that the judgment rendered against plaintiff, Mr. Rousseau, in the above entitled and numbered cause has not been satisfied.

IV.

On May 8, 2003 pursuant to Article 2411 of the Louisiana Code of Civil Procedure the United States Marshal properly served Metairie Bank & Trust Company ("Metairie Bank & Trust") a Citation, Petition of Garnishment, and Garnishment Interrogatories, thus legally effecting a seizure of any and all property held by Metairie Bank & Trust on behalf of Mr. Rousseau.

Metairie Bank & Trust, as garnishee declared under oath in response to the interrogatories annexed as Exhibit "A" it had the following property belonging to Mr. Rousseau under its possession or control:

(i) Checking Account Number 511-115-3 in the name of Wayne M. Rousseau had a balance of $4,297.97;

(ii) Savings Account Number 46795 in the name of Wayne M. Rousseau had a balance of $1,237.93;

(iii) Savings Account Number 52442 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr. had a balance of $3,241.29; and

(iv)   Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.

WHEREFORE, 3 Eagles prays that:

(i)   Metairie Bank & Trust be ordered to deposit into the Registry of the Court the property it has in its possession belonging to Mr. Rousseau specifically funds in Checking Account No. 511-115-3 held in the name of Wayne M. Rousseau; Savings Account Number 46795 held in the name of Wayne M. Rousseau; Savings Account Number 52442 held in the name of Vivian V. Rousseau or Wayne M. Rousseau; and

(ii)   that the United States Marshal

(a)   designate a time for Phelps Dunbar counsel for 3 Eagles, a representative of Metairie Bank & Trust; and Mr. Rousseau or his designated representative to witness the entry and/or drilling of the Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.;

(b)   render an inventory of the contents of said safety deposit box;

(c)   remove any and all property of value contained in the box that could satisfy in whole or in part the judgment rendered against Mr. Rousseau; and

(d)   either turn over seized property to deposit directly into the Registry of the Court or otherwise sell the contents according to law, and turn over the sale proceeds to deposit directly into the Registry of the Court.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: *[signature]*

Brent B. Barriere, T.A. (Bar No. 2818)
Katherine Miller Determan ( Bar. No. 25381)
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR JUDGMENT CREDITOR
3 EAGLES AVIATION, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been filed into the record and further served on all counsel of record by First Class Mail, postage prepaid, properly addressed, this 8th day of June, 2003.

_[signature]_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| VERSUS | * | NO. 02-0208 |
| 3 EAGLES AVIATION, INC. | * | SECTION "R"<br>JUDGE SARAH S. VANCE |
| | * | MAGISTRATE DIVISION 5<br>MAGISTRATE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO GARNISHMENT INTERROGATORIES

**NOW INTO COURT**, through undersigned counsel, comes Metairie Bank & Trust Company, who responds to the Garnishment Interrogatories propounded upon it by 3 Eagles Aviation, Inc. as follows:

**RESPONSE TO INTERROGATORY NO. 1:**

Yes.

**RESPONSE TO INTERROGATORY NO. 2:**

Checking Account Number 511-115-3, in the name of Wayne M. Rousseau, which has a balance of $4,287.97.

Savings Account Number 46795, in the name of Wayne M. Rousseau, which has a balance of $1,237.93.

Savings Account Number 52442, in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr., which has a balance of $3,241.29.

Safety Deposit Box (at the main office of Metairie Bank & Trust Company) 10 000075, in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.


EXHIBIT A

**RESPONSE TO INTERROGATORY NO. 3:**

No.

**RESPONSE TO INTERROGATORY NO. 4:**

N/A.

**RESPONSE TO INTERROGATORY NO. 5:**

No.

**RESPONSE TO INTERROGATORY NO. 6:**

N/A.

**RESPONSE TO INTERROGATORY NO. 7:**

No.

**RESPONSE TO INTERROGATORY NO. 8:**

No.

**RESPONSE TO INTERROGATORY NO. 9:**

No.

Sworn to by the authorized representative of Metairie Bank & Trust Company, Ms. Dawn Vix, that the above-noted responses are true based upon her best knowledge, information and belief.

_____
DAWN VIX

RESPECTFULLY SUBMITTED,

_____
RAYMOND B. LANDRY, BAR #21696
J. KENDALL RATHBURN, BAR #17763
MOLLERE, FLANAGAN & LANDRY, L.L.C.
2341 Metairie Road
Post Office Box 247
Metairie, Louisiana 70004
(504) 837-4950

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Response to Interrogatories has been served upon a Katherine M. Determan, Attorney for 3 Eagles Aviation, Inc., Canal Place, Suite 2000, 365 Canal Street, New Orleans, LA, by placing same in the U.S. Mail, postage pre-paid this __19__ day of May 2003.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| | * | NO. 02-0208 |
| VERSUS | | |
| | * | SECTION "R" |
| | | JUDGE SARAH S. VANCE |
| 3 EAGLES AVIATION, INC. | * | |
| | | MAGISTRATE DIVISION 5 |
| * * * * * * * * | | MAGISTRATE ALMA L. CHASEZ |

## ORDER TO TURN OVER FUNDS SEIZED

**IT IS HEREBY ORDERED** that 3 Eagles Aviation, Inc.'s ("3Eagles") Motion for Order to Turn Over Funds Seized directed to Metairie Bank & Trust Company ("Metairie Bank & Trust") is hereby **GRANTED**.

**METAIRIE BANK & TRUST IS HEREBY ORDERED** to turn over the funds and property seized by 3 Eagles as identified by Metairie Bank & Trust in its Answer to Garnishment Interrogatories (the "Answer") filed with this Court on May 19, 2003 in order to partially satisfy the indebtedness owed by Wayne M. Rousseau to 3 Eagles.

NO 99374156 1

**THEREFORE, IT IS ORDERED** that Metairie Bank & Trust shall deposit directly into the registry of this Court, the property identified in its Answer as follows:

(i) The funds held in Checking Account Number 511-115-3 in the name of Wayne M. Rousseau which had a balance of $4,297.97 at the time of answering;

(ii) The funds held in Savings Account Number 46795 in the name of Wayne M. Rousseau which had a balance of $1,237.93 at the time of answering;

(iii) The funds held in Savings Account Number 52442 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr. which had a balance of $3,241.29 at the time of answering; and

(iv) Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.

**IT IS FURTHER ORDERED** that the United States Marshal:

(i) designate a time for Phelps Dunbar counsel for 3 Eagles, a representative of Metairie Bank & Trust; and Mr. Rousseau to witness the entry/and/or drilling of the Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.;

(ii) render an inventory of the contents of said safety deposit box;

(iii) remove any and all property of value contained in the box that could satisfy in whole or in part the judgment rendered against Mr. Rousseau; and

(iv) either turn over seized property directly into the registry of this Court or otherwise sell the contents according to law, and turn over the sale proceeds directly into the registry of this Court.

**IT IS FURTHER ORDERED** that the full sum tendered by Metairie Bank & Trust, be immediately received, accepted, and deposited into the registry of this Court in the above-captioned matter pending further order of the Court regarding the future disposition of those funds, and that

NO 99374156.1

the Clerk of Court issue unto Metairie Bank & Trust due written receipt for same.

Dated: New Orleans, Louisiana this 16th day of June, 2003

_____
**UNITED STATES DISTRICT JUDGE**

**PLEASE SERVE:**

David L. Bell
David Bell & Associates, L.L.C.
4332 Canal St.
New Orleans, LA 70119

AND

Raymond B. Landry
J. Kendall Rathburn
Mollere, Flanagan & Landry
2341 Metairie Road
Metairie, Louisiana 70004

NO 99374156 1