

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 26 PM 4: 33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WAYNE M. ROUSSEAU** | * | **CIVIL ACTION** |
| | * | **NO. 02-0208** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| | | **JUDGE SARAH S. VANCE** |
| **3 EAGLES AVIATION, INC.** | * | |
| | | **MAGISTRATE DIVISION 5** |
| *  *  *  *  *  *  *  * | | **MAGISTRATE ALMA L. CHASEZ** |

### MOTION FOR DISBURSEMENT OF REGISTRY FUNDS

NOW INTO COURT, through undersigned counsel, comes 3 Eagles Aviation, Inc. ("3 Eagles"), and, pursuant to Local Rule 67.3, respectfully requests disbursement of funds deposited in the court's registry by Metairie Bank & Trust. 3 Eagles represents :

I.

On October 15, 2002 the court for the Eastern District of Louisiana entered judgment in the proceeding styled *Wayne M. Rousseau v. 3 Eagles Aviation, Inc.*, in favor of 3 Eagles Aviation, Inc.,

NO 99393514 1

DATE OF ENTRY
SEP - 3 2003

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No. 116

and against Wayne M. Rousseau, judgment debtor, in the amount of $1,341,462.14 plus interest from June 25, 2002 at the rate of $556.44 per diem.

II.

3 Eagles obtained from the clerk of court a writ of fieri facias ordering the United States Marshal for the United States District Court for the Eastern District of Louisiana to seize and take into possession the property, rights and credits of Wayne M. Rousseau, ("Mr. Rousseau") and to obtain, in the manner prescribed by law, an amount sufficient to pay and satisfy the writ, namely $1,341,462.14 plus interest from June 25, 2002 at the rate of $556.44 per diem along with legal interest.

III.

3 Eagles avers that the judgment rendered against plaintiff, Mr. Rousseau, in the above entitled and numbered cause has not been satisfied.

IV.

3 Eagles avers that on May 1, 2003 this court ordered Metairie Bank & Trust be made garnishee and answer interrogatories.

V.

3 Eagles avers that on May 19, 2003 Metairie Bank & Trust answered the garnishment interrogatories stating it held monies in both checking and savings account belonging to Mr. Rousseau.

VI.

On June 9, 2003 3 Eagles filed a Motion for Order to Turn Over Seized Funds and Deposit the Funds Into this Court's Registry. On June 16, 2003 this court ordered Metairie Bank & Trust to turnover funds seized.[1]

VII.

In compliance with the court's order, Metairie Bank & Trust deposited into this court's registry the principal sum of $8,777.19. These funds were received by the financial deputy clerk on June 19, 2003.

VIII.

3 Eagles requests the principal sum of $8,777.19, plus all interest earned, less the assessment fee for the administration of funds, be distributed by check made payable to Phelps Dunbar, L.L.P., and mailed to Brent Barriere, Esq. , Phelps Dunbar, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130.

WHEREFORE, 3 Eagles respectfully requests this Court grant it's Motion for Disbursement of Registry Funds, that the court authorize and direct the clerk to draw a check on the funds in deposit in the registry of this court in the principal amount of $8,777.19, plus all interest earned less the assessment fee for the administration of funds, made payable to Phelps Dunbar, L.L.P.

---

[1] June 16, 2003 Order to Turnover Funds Seized. attached as Exhibit "A."

NO:99393514 1

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: _____
Brent B. Barriere, T.A. (Bar No. 2818)
Katherine Miller Determan (Bar. No. 25381)
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEYS FOR JUDGMENT CREDITOR
3 EAGLES AVIATION, INC.**

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been filed into the record and further served on Wayne M. Rousseau and David L. Bell by First Class Mail, postage prepaid, properly addressed, this 26 day of August, 2003.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| | * | NO. 02-0208 |
| VERSUS | | |
| | * | SECTION "R" |
| | | JUDGE SARAH S. VANCE |
| 3 EAGLES AVIATION, INC. | * | |
| | | MAGISTRATE DIVISION 5 |
| * * * * * * * * | | MAGISTRATE ALMA L. CHASEZ |

### ORDER TO TURN OVER FUNDS SEIZED

**IT IS HEREBY ORDERED** that 3 Eagles Aviation, Inc.'s ("3Eagles") Motion for Order to Turn Over Funds Seized directed to Metairie Bank & Trust Company ("Metairie Bank & Trust") is hereby **GRANTED**.

**METAIRIE BANK & TRUST IS HEREBY ORDERED** to turn over the funds and property seized by 3 Eagles as identified by Metairie Bank & Trust in its Answer to Garnishment Interrogatories (the "Answer") filed with this Court on May 19, 2003 in order to partially satisfy the indebtedness owed by Wayne M. Rousseau to 3 Eagles.

NO 99374156 1

EXHIBIT "A"

**THEREFORE, IT IS ORDERED** that Metairie Bank & Trust shall deposit directly into the registry of this Court, the property identified in its Answer as follows:

(i) The funds held in Checking Account Number 511-115-3 in the name of Wayne M. Rousseau which had a balance of $4,297.97 at the time of answering;

(ii) The funds held in Savings Account Number 46795 in the name of Wayne M. Rousseau which had a balance of $1,237.93 at the time of answering;

(iii) The funds held in Savings Account Number 52442 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr. which had a balance of $3,241.29 at the time of answering; and

(iv) Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.

**IT IS FURTHER ORDERED** that the United States Marshal:

(i) designate a time for Phelps Dunbar counsel for 3 Eagles, a representative of Metairie Bank & Trust; and Mr. Rousseau to witness the entry/and/or drilling of the Safety Deposit Box (at the main office of Metairie Bank & Trust Co.) 10 000075 in the name of Vivian V. Rousseau or Wayne M. Rousseau, Sr.;

(ii) render an inventory of the contents of said safety deposit box;

(iii) remove any and all property of value contained in the box that could satisfy in whole or in part the judgment rendered against Mr. Rousseau; and

(iv) either turn over seized property directly into the registry of this Court or otherwise sell the contents according to law, and turn over the sale proceeds directly into the registry of this Court.

**IT IS FURTHER ORDERED** that the full sum tendered by Metairie Bank & Trust, be immediately received, accepted, and deposited into the registry of this Court in the above-captioned matter pending further order of the Court regarding the future disposition of those funds, and that

the Clerk of Court issue unto Metairie Bank & Trust due written receipt for same.

Dated: New Orleans, Louisiana this 16th day of June ,2003

_____
**UNITED STATES DISTRICT JUDGE**

**PLEASE SERVE:**

David L. Bell
David Bell & Associates, L.L.C.
4332 Canal St.
New Orleans, LA 70119

AND

Raymond B. Landry
J. Kendall Rathburn
Mollere, Flanagan & Landry
2341 Metairie Road
Metairie, Louisiana 70004

NO 99374156 1

"Certification of Funds in the Registry"

PRINCIPAL: $ 8777.19

Financial Deputy: E. LeJeune   Date: 8/26/03

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| | * | NO. 02-0208 |
| VERSUS | | |
| | * | SECTION "R" |
| | | JUDGE SARAH S. VANCE |
| 3 EAGLES AVIATION, INC. | * | |
| | | MAGISTRATE DIVISION 5 |
| *   *   *   *   *   *   *   * | | MAGISTRATE ALMA L. CHASEZ |

## ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

**IT IS HEREBY ORDERED** that 3 Eagles Aviation, Inc.'s ( "3 Eagles") Motion for Disbursement of Registry Funds is hereby **GRANTED**.

**THEREFORE, IT IS ORDERED THAT** the clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court by Metairie Bank & Trust in the principal amount of $8,777.19, plus all interest earned, less the assessment fee for the administration of funds, made payable to Phelps Dunbar, L.L.P. and mailed to Brent B Barriere, Phelps Dunbar, L.L.P, Canal

NO 99393590 1

Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130. Phelps Dunbar's tax identification number is 72-0358621.

Dated: New Orleans, Louisiana this 2nd day of Sept., 2003.

_____
UNITED STATES DISTRICT JUDGE