FILED 08 MAR 26 14:29 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE M. ROUSSEAU | * | CIVIL ACTION |
| | * | NO. 02-0208 |
| VERSUS | | |
| | * | SECTION "R" |
| | | JUDGE SARAH S. VANCE |
| 3 EAGLES AVIATION, INC. | * | |
| | | MAGISTRATE DIVISION 5 |
| * * * * * * * * | | MAGISTRATE LOUIS MOORE, JR. |

## SATISFACTION OF JUDGMENTS

WHEREAS, a judgment was entered on October 15, 2002, by the United States District Court for the Eastern District of Louisiana against Wayne M. Rousseau, in the amount of ONE MILLION THREE HUNDRED FORTY ONE THOUSAND FOUR HUNDRED SIXTY TWO AND 14/100 ($1,341,462.14) DOLLARS in favor of Defendant, 3 Eagles Aviation, Inc., plus accrued interest as of June 24, 2002, at a rate of $556.44 per diem, until paid;

AND WHEREAS, a judgment was entered on April 4, 2003, by the United States District Court of the Eastern District of Louisiana against Wayne M. Rousseau, in the amount of FORTY NINE THOUSAND SIX HUNDRED SIXTY AND 68/100 ($49,660.68) DOLLARS in favor of Defendant, 3 Eagles Aviation, Inc.;

NO-99548246.1

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

AND WHEREAS, the Judgments entered by this Court on October 15, 2002 and April 4, 2003, have been satisfied through a Settlement Agreement that has been effected as of March 21, 2006 and an attendant payment and transfer of properties. The settlement proceeds and transfer of properties as a result of the March 21, 2006 Settlement Agreement satisfied, in full, the Judgments rendered on October 15, 2002 and April 4, 2003;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of Orleans at Instrument No. 3663, Book 3663, No. 422 and Instrument No. 703881;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of St. Bernard at Instrument No. 404-403, M.O.B. 1110, Folio 143 and Instrument No. 410-607, M.O.B. 1137, Folio 368;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of Plaquemines at Instrument No. 02006653, M.O.B. 349, Page 91 and Instrument No. 03002748, M.O.B. 363, Page 619;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of St. Charles at Instrument No. 272327, Book 884, Folio 424;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of Tangipahoa at Instrument No. 623674; Instrument No. 634163, Book 1124, Folio 735;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of Jefferson at Instrument No. 10266504, M.B. 4090, No. 377 and Instrument No. 10325669, M.B. 4120, No. 276;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of St. Tammany at Instrument No. 1332174 and Instrument No. 1361006;

AND WHEREAS, said Judgments are now satisfied and can be erased from the record having been filed in the Mortgage Records of the Parish of East Baton Rouge at Original No. 134, Bundle No. 11408 and Original No. 601 and Bundle No. 11466;

THEREFORE this Clerk of the United States District Court for the Eastern District of Louisiana is hereby requested to satisfy and cancels said Judgments of record dated October 15, 2002 and April 4, 2003.

Signed this 5th day of April, 2006.

By: /s/ B. B. Barriere
Brent B. Barriere, T.A. (Bar No. 2818)
Phelps Dunbar, L.L.P.
Canal Place • Suite 2000
365 Canal Street
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130 or 9007

**ATTORNEY FOR DEFENDANT 3 EAGLES AVIATION, INC.**